COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     D & R USA Enterprise, Inc., Saherish Business, Inc. d/b/a Texas Food Mart, and Samoda, Inc. d/b/a Amigo Food Mart v. SCF RC Funding IV, LLC, Essential Properties Realty Trust, LLC a/k/a SCF Realty Group, LLC, Mountain Express Oil Company, and Trujo Wadud, Individually

Appellate case number:     01-22-00018-CV

Trial court case number:     2021-47779

Trial court:          127th District Court of Harris County

On September 13, 2022, this Court requested a response from Appellants D & R USA Enterprise, Inc., Saherish Business, Inc. d/b/a Texas Food Mart, and Samoda, Inc. d/b/a Amigo Food Mart to the Joint Motion to Dismiss Appeal for Want of Jurisdiction ("Motion to Dismiss") filed by Appellees SCF RC Funding IV, LLC, Essential Properties Realty Trust, LLC a/k/a SCF Realty Group, LLC, Mountain Express Oil Company, and Trujo Wadud, Individually.  We ordered Appellants to file a response to Appellees' Motion to Dismiss by September 23, 2022.

On September 19, 2022, Appellants filed a Motion for Extension of Time for Filing Response to Appellees' Motion to Dismiss, requesting an extension until October 23, 2022.  On September 22, 2022, Appellees filed a "Joint Statement to the Court" in which they asked that Appellants be given a ten-day extension, rather than the thirty-day extension Appellants requested, asserting "an extension of time of 30 days is unnecessarily lengthy for a letter brief addressing narrow jurisdictional issues" and because Appellees' brief is due October 14, 2022.

Appellants' Motion for Extension of Time is **granted in part**.  Appellants' response to Appellees' Motion to Dismiss is due **October 14, 2022**.

Appellees' brief is due **November 18, 2022.**

It is so ORDERED.

Judge's signature: <u>/s/ Veronica Rivas-Molloy</u>
Acting individually

Date:  <u>September 29, 2022</u>